**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Arthur D. KARNEZIS, Defendant–Appellant.**

No. 01–6727.

United States Court of Appeals, Fourth Circuit.

Submitted July 26, 2001.

Decided Aug. 2, 2001.

Arthur D. Karnezis, pro se. Fernando Groene, Norfolk, VA, for appellee.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

PER CURIAM.

Arthur D. Karnezis appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability, deny leave to proceed in forma pauperis, and dismiss the appeal on the reasoning of the district court. *See United States v. Karnezis*, Nos. CR–94–158; Ca–01–266–2 (E.D.Va. Apr. 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*